2021

EXHIBIT B

# CRYPTOBLADES KINGDOMS

SEED FUNDING PITCH DECK

PLAY TO EARN



EXHIBIT B

# TABLE OF CONTENTS

**01 | Tokenomics**
How you can partner with us to accelerate our targets and make a lasting impact in this market.

**02 | Team**
Proven game-development and blockchain team

**03 | Background**
How we've reinvented Play-To-Earn and why CryptoBlades is currently the #1 Crypto Game on Binance Smart Chain

**04 | Summary**
How CryptoBlades Kingdoms will transform the Play-To-Earn and NFT crypto markets

# KING TOKEN SEED FUND OVERVIEW

TOKEN NAME: **KING**
IDO DATE: **AUGUST 2021**
TOTAL SUPPLY: **1.000.000.000 TOKENS**
TOTAL RAISE: **$5.6MM USD**
LISTING PRICE: **3 CENTS**
INITIAL MCAP: $480K USD (10M IDO TOKENS +
6M LIQUIDITY TOKENS AT 3 CENTS)

**20% VC Private Sale**
200M tokens
4M raise at 2 cents per KING

**Vesting Schedule:**
3 month lock, then 10%
unlock each month

**4% IDO**
Seedify.fund
30M tokens
1M raise at 2.5 cents per KING

**Vesting Schedule:**
25% unlock at listing, 25%
each proceeding month

**3% Private Sale**
Seedify.fund
30M tokens
600k raise at 2 cents per KING

**Vesting Schedule:**
3 month lock, then 10%
unlock each month

EXHIBIT B



EXHIBIT B

# RIVETED GAMES

Award-Winning Game Developer
Established in 2014







GenCon
Historical Wargame
Winner

Nordic Game
Festival
Winner

Indie
Megabooth
Winner



Riveted Games LLC, owned and operated by Philip Devine, is an independent game development studio with multiple titles launched on the worldwide marketplace Steam. Since 2014, Riveted Games has won numerous awards such as "Nordic Game Festival Winner" for best independent title, "Indie Megabooth" selection for the game *Lightspeed Frontier*, as well as "Best Historical Game" for *Nations at War – White Star Rising*, among others. Creatives at heart, members at Riveted Games are professional as well as responsive when it comes to community development and feedback. As evidenced by the history of titles, they put gamers first.

EXHIBIT B

# COMPANY MISSION

## Why we do what we do

Our Vision: For gamers to regain control of their digital assets, Play to Earn, and increase adoption of blockchain technology in their everyday lives.

Our Mission: To provide a fun and profitable experience for our players, to create a healthy and excited community around blockchain gaming, and build an ecosystem of Play-to-Earn systems to meet the needs of all gamers from around the world.



# Philip Devine

OWNER

· · · · ·

Mr. Devine, owner of Riveted Games, developer of CryptoBlades, has owned and operated Riveted Games since 2014, releasing multiple award-winning titles on Steam, the world's largest game marketplace as well as independently. He is also a developer at heart and has carefully built his team based on their past experience in game and blockchain development.

CONFLICT MANAGEMENT

DECISION-MAKING

ORGANIZATIONAL

EXHIBIT B

# Our Team



## Dan Karsai
GAME DEVELOPER
. . . . .

**UNITY**

**GAME DESIGN**

**COMMUNITY MANAGEMENT**

Mr. Karsai has worked with Riveted Games since 2016 and specializes in 3D graphics, Unity, Game Design, and Programming. Dan has worked on Lightspeed Frontier, the award-winning space simulation game, Spoxel, and Nations at War. He's in charge of designing our core gameplay graphics and mechanics.

## Kyle Kemp
FRONT-END DEVELOPER
. . . . .

**OPEN SOURCE DEVELOPMENT**

**MANAGEMENT**

**FRONT-END DEVELOPMENT**

Mr. Kemp has over 108 repositories on GitHub and is in the top 0.1% of users for his star rating. To put it simply, he is one of the best front-end developers in the world. He has designed our user interface and optimized our user experience.

https://github.com/selyria

## Ray Hammarling
BLOCKCHAIN DEVELOPER
. . . . .

**OPEN SOURCE**

**SOLIDITY**

**BLOCKCHAIN**

Working with us since 2019, Mr. Hammarling is an expert in backend technologies, experimental technologies, and architecture. He has developed the core Smart Contracts which have received praise from auditors and open source contributors for their design and efficiency.

https://github.com/raymond-h

EXHIBIT B



# CryptoBlades Kingdoms Features

EXHIBIT B

## Lands

- 3 Tiered Options
- Resource Harvesting
- Exploration
- Guild Zones
- Seasonal Changes



## Guilds

- Guild Battles
- Guild Halls
- Exclusive Rewards
- Incentives

## Buildings

- Resource Generation
- Events
- Unique Items
- Kingdom Building




## Raids

- Guild Events
- Rewards
- PVP
- PVE



## Revenue/User

**Lands**
$200-$5,000

**Guilds**
$10-$10,000

**Buildings**
$5-25,000

**Raids**
$7,500-$10,000

EXHIBIT B

# Roadmap



## Q3 2021

- IDO with Seedify.Fund
- Land NFT Sale
- Integrated Lands into CryptoBlades Metaverse
- Implement on EVM-Compatible Chains
- Launch the Marketplace for Lands and Resources
- Release Buildings Component for Lands

## Q4 2021

- Publish on Steam Game Platform
- Release PVP and PVE Rewards
- Release Guilds, Guild Halls, and Guild Battles
- Multi-chain Mainnet Launch

