

**Tenzor / CryptoBlades**
8 members, 3 online

Today

**Dynch Gagarin**
**Greetings cryptoblades team.**
Tenzor capital attorney has sent the demand letter over to you and we talked to a number of VCs, friendly to us, which also took part in Cryptoblades Kingdom private round. They are ready to support lawsuit if we initiate it.

Meanwhile, we still don't want to engage in destructive activities. We would like to discuss possible way we could avoid this proceeding and find a compromise to resolve the absence of your promises of game delivery
8:37 PM

**Philip [Will Not DM First]** ⭐
Yeah we received it and our VC network is quite frankly appalled. Looking forward to meeting you in South Carolina.
8:52 PM



EXHIBIT D



**Tenzor / CryptoBlades**
8 members, 2 online

**Philip [Will Not DM First]**
Yeah we received it and our VC network is quite frankly appalled. Looking forward to meeting you in South Carolina.  8:52 PM

You forgot that our HQ is in Miami now and our LPs are US citizens .
Ok , have it your way

**Philip [Will Not DM First]**
As I'm sure you're aware from the correspondence with your attorney, the lawsuit also opens you up to counter-suit which we will be pursuing. Given that none of the issues in the demand letter are legally binding as we've been advised by council, it's a waste of your LP resources to pursue but nonetheless should bring a significant amount of press for the mainnet launch in February  9:05 PM

A real "David vs Goliath" story

EXHIBIT D

9:23

 **Tenzor / CryptoBlades** 
8 members, 3 online

> You forgot that our HQ is in Miami now and our LPs are US citizens.
> Ok, have it your way   8:59 PM

**Philip [Will Not DM First]** ⭐
As I'm sure you're aware from the correspondence with your attorney, the lawsuit also opens you up to counter-suit which we will be pursuing. Given that none of the issues in the demand letter are legally binding as we've been advised by council, it's a waste of your LP resources to pursue but nonetheless should bring a significant amount of press for the mainnet launch in February   9:05 PM

 A real "David vs Goliath" story
9:06 PM

Unread Messages

**Philip [Will Not DM First]** ⭐
@LevitateCB let's make sure the demand letter makes it to all of our socials   9:14 PM

**Levitate**
> **Philip [Will Not DM First]**
> @LevitateCB let's make sure the demand...

Will do   9:17 PM

Message

EXHIBIT D

2:24-cv-00955-RMG     Date Filed 02/26/24     Entry Number 1-4     Page 4 of 4